UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kathleen Theresa Scavello, | ) | Civil Action No. 5:14-cv-00390-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 14, 2014, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on July 23, 2014. ECF Nos. 20, 21. Plaintiff's brief in support of her appeal was due by August 25, 2014. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 20. To date, however, Plaintiff has not filed her brief, nor has counsel communicated with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **September 16, 2014**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

September 2, 2014                                                            Kaymani D. West
Florence, South Carolina                                              United States Magistrate Judge